UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 10-43723-MSH |
| LESLIE ACEVEDO ) |  |
| ) |  |
| Debtor ) |  |
| ) |  |

REPORT AND RECOMMENDATION
PURSUANT TO LR, D. MASS. 83.6.6
(IMMEDIATE ACTION RECOMMENDED)

The following constitutes my report and recommendation to the United States District Court for the immediate suspension of attorney Laird J. Heal of 120 Chandler Street, Worcester, Massachusetts 01609 from the practice of law in the United States District Court for the District of Massachusetts and the United States Bankruptcy Court for the District of Massachusetts.

Mr. Heal is counsel of record for the debtors in 27 bankruptcy cases and adversary proceedings presently pending in the United States Bankruptcy Court for the District of Massachusetts. A list of the pending cases and proceedings is attached as Exhibit A.

On April 2, 2015, I issued an Order to Show Cause in the chapter 11 case of Leslie Acevedo (10-43723) (the "First OSC") as to why Mr. Heal should not be sanctioned under Rule 9011 of the Federal Rules of Bankruptcy Procedure in connection with certain conduct in the case. A hearing on the First OSC was scheduled for May 28, 2015. On May 27, 2015, Mr. Heal filed a motion to continue the May 28th hearing (a copy of which is attached as Exhibit B) in which he stated, *inter alia*, that he had been advised by his doctor that he not practice law and that he had requested the Massachusetts Board of Bar Overseers to change his status to on "medical leave."

On May 27, 2015, I issued another Order to Show Cause in the Acevedo case (the "Second OSC", a copy of which is attached as Exhibit C) for hearing on May 28, 2015, as to why Mr. Heal should not be immediately suspended from the practice of law pursuant to LR, D. Mass. 83.6 for the reasons set forth in his motion to continue hearing.

The hearing on the First and Second OSCs took place on May 28, 2015. Mr. Heal was in attendance and participated in the hearing along with attorneys for the United States trustee. As a result of the hearing, the First OSC was released. As for the Second OSC, Mr. Heal conceded

that his medical disability prevented him from competently practicing law. In addition to serious verbal impairment with which Mr. Heal has been struggling for months, Mr. Heal acknowledged experiencing cognitive impairment. When asked if he would consent to the entry of an order of temporary suspension until such time as his medical impairment resolved itself, he refused. Accordingly, the Second OSC was enforced resulting in the issuance of this report and recommendation to the presiding judge for an order of immediate suspension of Mr. Heal pursuant to LR, D. Mass 83.6.6(f).

It is my recommendation that such an order issue at the earliest possible time as despite his acknowledged incapacity to practice law, Mr. Heal continues to do so. For example, on May 27, 2015, Mr. Heal, as debtor's counsel, commenced a new chapter 11 case (In re Guevara #15-12087) in the United States Bankruptcy Court for the District of Massachusetts.

Entered at Worcester in said District this 1st day of June, 2015.

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge

cc: Laird J. Heal, Esq
    Richard King, Esq., Assistant U.S. Trustee
    Lisa Tingue, Esq., Assistant U.S. Trustee



**UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

## Open Cases Associated with Attorney Laird J. Heal
## filed between 01/01/1980 and 05/27/2015

### As of May 27, 2015 14:39:55

| Jud | Ch. | Case # | Filed | Party | Name | Address | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 11 | 15-12087 | 05/27/2015 | db | Jose Guevara | 83 Shirley Ave #2R | Revere | MA | 02151 |
| fjb | 13 | 13-14786 | 08/10/2013 | db | Edward J. Sharib | 236 Speen Street | Natick | MA | 01760 |
|  |  |  |  | jdb | Kelly C. Sharib | 236 Speen Street | Natick | MA | 01760 |
| fjb | 13 | 14-15682 | 12/09/2014 | db | Malik Hayat | 386 Boston Street | Lynn | MA | 01905 |
| hjb | 7 | 10-30175 | 02/02/2010 | db | Lilia Shapoval | 73 Beaumont Street | Springfield | MA | 01108 |
| hjb |  | 10-03011 | 05/03/2010 | pla | Lilia Shapoval | 73 Beaumont Street | Springfield | MA | 01108 |
| hjb | 13 | 10-32082 | 10/12/2010 | db | Harry L Thornton | 89 Bay Road | Belchertown | MA | 01007 |
| hjb | 13 | 10-45637 | 11/11/2010 | db | James V. Moriarty | 386 Jose Gaspar Drive | N. Fort Myers | FL | 33917 |
|  |  |  |  | jdb | Ann M Moriarty | 386 Jose Gaspar Drive | N. Fort Myers | FL | 33917 |
| hjb | 13 | 11-30219 | 02/15/2011 | db | Harold J Wilcox | 187 Stebbins Road | Otis | MA | 01253 |
| hjb | 13 | 11-41985 | 05/10/2011 | db | Jeannine A Saunders | 14 Johnson Street | Fitchburg | MA | 01420 |
| hjb | 13 | 11-42235 | 05/25/2011 | db | Ann M Moriarty | 386 Jose Gaspar Drive | N. Fort Myers | FL | 33917 |
| hjb |  | 11-04088 | 07/11/2011 | pla | Jeannine A Saunders | 14 Johnson Street | Fitchburg | MA | 01420 |
| hjb | 13 | 14-42249 | 10/16/2014 | db | Martin N Ortega | 429 High Street, Apt. 1 | Clinton | MA | 01510 |
| hjb |  | 15-03017 | 04/21/2015 | dft | Harold J Wilcox | 187 Stebbins Road | Otis | MA | 01253 |
| msh | 13 | 09-42996 | 07/25/2009 | db | Michael A Latino | 21 Prospect Street | Rutland | MA | 01543 |
|  |  |  |  | jdb | Sarah B Latino | 21 Prospect Street | Rutland | MA | 01543 |
| msh | 13 | 09-45267 | 12/11/2009 | db | Andre Moniz | P. O. Box 1295 | Shirley | MA | 01464 |
| msh | 13 | 10-40944 | 03/02/2010 | db | Youssef Farhat | 20 Green Street | Hopedale | MA | 01747 |
| msh |  | 10-04046 | 04/01/2010 | pla | Andre Moniz | 118 Great Road | Shirley | MA | 01464 |
| msh | 13 | 10-41843 | 04/14/2010 | db | Mirela Kallasi Dupree | 1289 Millbury Street | Worcester | MA | 01607 |
| msh | 11 | 10-43723 | 07/26/2010 | db | Leslie Acevedo | 8 Maxwell Street | Worcester | MA | 01607 |
| msh |  | 11-04129 | 10/04/2011 | pla | Leslie Acevedo | 8 Maxwell Street | Worcester | MA | 01607 |
| msh | 7 | 11-45067 | 12/07/2011 | db | Eduardo Monzon | 69 Oread Street | Worcester | MA | 01608 |
| msh | 13 | 11-45261 | 12/23/2011 | db | Jeffrey R Gardner | 663 Union Street | Leominster | MA | 01453 |
|  |  |  |  | jdb | Sandra A Shannon-Gardner | 663 Union Street | Leominster | MA | 01453 |
| msh | 7 | 12-43892 | 11/04/2012 | db | Brendalix Acevedo | 8 Charlton Street | Worcester | MA | 01608 |
| msh | 7 | 13-42283 | 09/09/2013 | db | Olivaldo Silva | 488 High Street | Clinton | MA | 01510 |
| msh | 13 | 15-40771 | 04/20/2015 | db | Matthew Berryman | 310 Pleasant Street | Paxton | MA | 01612 |
| wch | 11 | 12-19219 | 11/21/2012 | db | Weston O. Graves | 85 Constitution Lane | Danvers | MA | 01923 |
| wch | 11 | 14-12374 | 05/20/2014 | db | Salustia Ortiz | 13 Tuckerman | Boston | MA | 02127 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re   Leslie Acevedo, ) | Case No. 10-43723-MSH |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

MOTION TO CONTINUE HEARING

Comes now the Laird J. Heal, Esq., and asks the Court to contine the hearing on the Show Cause Order[#, respectfully representing the following for the Court:

1. Counsel submits the recommendation that he not practice law, in the form of a letter of a neurologist licensed to practice medicine in the Commonwealth of Massachusetts.

2. This letter has been submitted to the Board of Bar Overseers to change the status for medical leave or further action.

3. Under these circumstances, the hearing would not be justicable.

4. The Office of the U.S. Trustee was spoken about this matter but has not given its assent.

WHEREFORE, the undersigned respectfully requests that the Court continue the hearing.

Respectfully submitted,

/s/ Laird J. Heal
Laird J. Heal, Esq. BBO # 553901
120 Chandler Street, Suite 2R
Worcester, Mass. 01609
508 459 5095
LairdHeal@LO-LH.com

Date: May 27, 2015

## CERTIFICATE OF SERVICE

I hereby certify that immediately upon receipt of the Notice of Electronic Filing, I will immediately cause service of the Motion to Continue Hearing to later time and any other documents filed today and this Certificate of Service upon the following, except for those noted by the Court as having accepted electronic service, as listed in the Master Matrix, by First Class mail, postage prepaid, posted May 27, 2015.

**By Electronic Service**

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

Deirdre M.   Keady
mabk@harmonlaw.com

Hale Yazicioglu
hyazicioglu@hinshawlaw.com,
mcenteio@hinshawlaw.com

Justin M. Fabella
jfabella@hinshawlaw.com,
mtervo@hinshawlaw.com

Richard T. Mulligan
mabk@harmonlaw.com

Richard T. King
United States Trustee
446 Main Street
14th floor
Worcester MA 01608

**By First-Class Mail**

Jennifer S. Madjarev
Hinshaw & Culbertson LLP
28 State Street
24th FloorBoston MA 02109

Home Depot Credit Services
P. O. Box 689100
Des Moines IA 50368-9100

NStar Gas
P. O. Box 4508
Woburn MA 01888-4508

Wells Fargo Bank, as Trustee
9062 Old Annapolis Road
Columbia MD 21045-1951

Specialized Loan Servicing, LLC
P. O. Box 266005
Littleton CO 80163-6005

Charter
95 Higgins Street
Worcester MA 01606-1941

NationalGrid
P. O. Box 960
Northborough MA 01532-0960

Wellesley Finance, Inc.
526 Main Street
Worcester MA 01608-2014

Wells Fargo Bankc/o Prober & Raphael
20750 Ventura Blvd. Suite 100
PO Box 4365Woodland Hills CA 91365

Chase Home Finance LLC
3415 Vision Drive
Columbus OH 43219-6009

/s/ Laird J. Heal
Laird J. Heal

    Department of Neurology

University Campus
55 Lake Avenue North
Worcester, MA 01655
Tel: 508-334-2527
Fax: 774-442-3687
www.umassmemorial.org

Name of patient: Laird Heal
DOB: 05/14/1955
MR No: 520109936
Date: 05/20/2015

To whom it may concern,

I have been seeing Mr. Heal in the UMass neurovascular clinic after his stroke in Jan 2014. I saw him last in the clinic on 05/20/2015. He has had good recovery in his neurological deficits after his stroke but at present has still continued to have word finding problems as well as word substitution while carrying on a conversation. His conversation fluency has also been affected by stroke. He was observed to have trouble putting his thoughts together while carrying on a conversation in the clinic today due to word finding problems and word substitution. He mentions that his language disturbance has been interfering with ability to perform his job as a lawyer as it requires him to carry on conversation with the clients as well as in the court room proceedings and he has been also been observed by other people to be struggling with his language while talking. He also admits that he has been having some cognitive problems since his stroke, which further impairs his ability to function optimally as a lawyer. Considering his neurological examination in the clinic today and his history, we would like to schedule him for neuropsychological testing at this time to have detailed evaluation of his language and cognitive skills/domains. As he has been not able to perform optimally as a lawyer at this time, we would advise him not to proceed with his current job as a lawyer at this time, until the neuropsychological evaluation is performed. We would have a better idea about his ability to perform as a lawyer in the future depending upon his language and cognitive skills after neuropsychological evaluation. Please feel free to contact me with any additional questions or concerns.

Sincerely,
Anand Patel, MD
Vascular neurology fellow,
UMass Memorial Medical Center,
Worcester, MA.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE ACEVEDO<br><br>Debtor | Chapter 11<br>Case No. 10-43723-MSH |

### ORDER TO SHOW CAUSE

Attorney Laird Heal is ordered to appear at a hearing to be held on

**MAY 28, 2015 AT 11:30 A.M.**

to show cause why he should not be immediately suspended from practicing before the United States Bankruptcy Court for the District of Massachusetts pursuant to LR, D. Mass. 83.6 for the reasons set forth in the debtor's motion to continue (#166) and the attachment thereto.

Dated: May 27, 2015

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge

1